

May 17, 2012

Devan V. Padmanabhan
Direct Dial: (612) 604-6748
dpadmanabhan@winthrop.com

**ELECTRONICALLY FILED**
The Honorable Richard H. Kyle
United States District Court
District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:   American Institute of Physics and John Wiley & Sons, Inc. vs. Schwegman Lundberg & Woessner, P.A., and John Does Nos. 1-10
      Court File No. 12-CV-00528 (RHK-JJK)

Dear Judge Kyle:

The Defendants in the above-referenced matter have filed an **Amended Notice of Hearing** on Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. No. 16).  The hearing date has been rescheduled to **Wednesday, June 27, 2012 at 9:30 a.m.**

Based upon the amended hearing date, the parties have agreed that Plaintiffs may have until June 5, 2012 to file their response to Defendants' Motion to Dismiss, and Defendants may have until June 13 to file their reply.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

WINTHROP & WEINSTINE, P.A.

*s/ Devan V. Padmanabhan*

Devan V. Padmanabhan

DVP/se

6928122v1