**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

American Institute of Physics and
John Wiley & Sons, Inc.,

                Plaintiffs,

                                              Civ. No. 12-528 (RHK/JJK)
                                              **ORDER**

v.

Schwegman Lundberg & Woessner, P.A.
and John Does 1-10,

                Defendants.

---

     This matter is before the Court *sua sponte*. Defendants have filed a Motion to Dismiss this action (Doc. No. 11), which Motion has been fully briefed. Having now reviewed the parties' submissions, the Court does not believe oral argument will materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on the Motion, currently scheduled for June 27, 2012, is **CANCELED**. The Motion is deemed submitted as of June 13, 2012, the date of Defendants' Reply Memorandum.

Dated: June 19, 2012                                            s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge