**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

American Institute of Physics and
John Wiley & Sons, Inc.,

        Plaintiffs,                  Civ. No. 12-528 (RHK/JJK)
                                          **ORDER**

v.

Schwegman Lundberg & Woessner, P.A.
and John Does Nos. 1-10,

        Defendants,

and

The United States Patent and Trademark
Office,

        Proposed Intervening Defendant.

---

The Court having been advised that no party opposes the Motion to Intervene filed by the United States Patent and Trademark Office ("PTO") (Doc. No. 23), **IT IS ORDERED** that the Motion is **GRANTED**. The PTO shall file forthwith its proposed Answer and Counterclaim in Intervention, in the form attached as Exhibit A to its Memorandum in Support of its Motion (Doc. No. 25).

Dated: July 11, 2012                                                  s/Richard H. Kyle
                                                                        RICHARD H. KYLE
                                                                         United States District Judge