UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMERICAN INSTITUTE OF PHYSICS, :
AND JOHN WILEY & SONS, INC.,

                                             Plaintiffs,

                 -against-                          12 Civ. 528 (RHK-JJK)

SCHWEGMAN, LUNDBERG & WOESSNER,
P.A. AND JOHN DOE NOS. 1-10,

                                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION OF PLAINITFFS FOR
## LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiffs American Institute of Physics and John Wiley & Sons, Inc. move pursuant to Fed. R. Civ. P. 15(a) for an order granting Plaintiffs leave to file an amended complaint.

The grounds for this motion are set forth in the accompanying Memorandum of Law for Leave to File an Amended Complaint.

A copy of Plaintiffs' proposed amended complaint is attached as Exhibit A. A version of Plaintiffs' proposed amended complaint marked to show the changes

from the original complaint is annexed as Exhibit B.

Dated: September 14, 2012

                MANTY & ASSOCIATES, P.A.

                By: /e/ Timothy J. Pramas
                Timothy J. Pramas (#240321)
                510 First Avenue North, Suite 305
                Minneapolis, MN 55403
                (612) 340-7950

                -and-

                DUNNEGAN & SCILEPPI LLC

                By: /e/William Dunnegan
                William Dunnegan (*pro hac vice*)
                Laura Scileppi (*pro hac vice*)
                350 Fifth Avenue
                New York, New York 10118
                (212) 332-8300

                Attorneys for Plaintiffs