≈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

American Institute of Physics, John Wiley &
Sons, Inc., and Wiley Periodicals, Inc.,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  12-cv-00528 (RHK/JJK)

Schwegman, Lundberg & Woessner, P.A., and
John Doe Nos. 1-10,
    Defendant

v.

The United States Patent and Trademark Office,
    Intervenor Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Objections (Doc. No. 252) are OVERRULED;

2. The Report and Recommendation (Doc. No. 250) is ADOPTED;

3. Plaintiffs' Motion to Dismiss and for Summary Judgment on the Counterclaim of Intervening Defendant the United States Patent and Trademark Office (Doc. No. 93) is DENIED AS MOOT;

4. Plaintiffs' Amended Motion for Partial Summary Judgment Establishing the Liability of Defendant Schwegman, Lundberg & Woessner, P.A. for Copyright Infringement (Doc. No. 116) is DENIED AS MOOT;

5. Intervenor Defendant The United States Patent and Trademark Office's Motion for Summary Judgment on its Fair Use Defense and Counterclaim (Doc. No. 153) is DENIED AS MOOT;

6. Schwegman's Motion for Summary Judgment (Doc. No. 156) is GRANTED;

7. Plaintiffs' Motion to Exclude the Expert Witness Testimony of Jean-Pierre Dubé (Doc. No. 160) is DENIED;

8. Schwegman's Motion to Exclude Expert Testimony, Report, and Declaration of Randall H. Victora (Doc. No. 190) is DENIED AS MOOT;

9. Plaintiffs' Motion to Exclude the Proposed Expert Testimony of Douglas Gary Lichtman (Doc. No. 222)

is DENIED AS MOOT; and

10. This Amended Complaint (Doc. No. 41) is **DISMISSED WITH PREJUDICE**.

| August 30, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By)   L. Brennan,   Deputy Clerk |